MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, | No.   CV 22-00132-TUC-RCC |
| Plaintiff, | |
| v. | **ORDER** |
| City of Tucson, et al., | |
| Defendants. | |

Plaintiff Irene Briseno, who is represented by counsel, filed this action on her own behalf and as the personal representative of the estate of her deceased son, Damien Eryko Alvarado. On March 18, 2022, she filed a civil rights Complaint pursuant to 42 U.S.C. § 1983, the Americans with Disabilities Act, and the Rehabilitation Action, and invoked the Court's supplemental jurisdiction over her state law claim. Plaintiff has paid the filing and administrative fees. The Court will order Defendants to answer the Complaint.

**IT IS ORDERED:**

(1) Plaintiff must either serve each Defendant or seek a waiver of service for each Defendant.

(2) If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on a Defendant within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to each Defendant not served. Fed. R. Civ. P. 4(m).

. . . .

TERMPSREF

1     (3)    Defendants must answer the Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

    (4)    Any answer or response must state the specific Defendant by name on whose behalf it is filed. The Court may strike any answer, response, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

    (5)    This matter is **assigned to the standard track** pursuant to Rule 16.2(b)(3) of the Local Rules of Civil Procedure.

Dated this 21st day of March, 2022.

_____
Honorable Raner C. Collins
Senior United States District Judge

TERMPSREF

- 2 -