1  Renee J. Waters
   Principal Assistant City Attorney for
2  Michael G. Rankin
   CITY ATTORNEY
3  P.O. Box 27210
   Tucson, AZ  85726-7210
4  Telephone: (520) 791-4221
   Fax: (520) 623-9803
   Renee.Waters@tucsonaz.gov
5  State Bar No. 031691
   *Attorneys for Defendants City of Tucson, Nicolo Solarino, Francisco Santa Maria, Marco Durazo, Ryan Ake, Joseph Gradias, Eric Evans, Scott Ellis, Silas Spencer, Keith Goldstein (hereafter "City Defendants")*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, on her own behalf and as the personal representative of the estate of Damian Eryko Alvarado,<br><br>Plaintiff,<br><br>vs.<br><br>City of Tucson; Nicolo Solarino (Tucson Police); Francisco Santa Maria (Tucson Police); Marco Durazo (Tucson Police); Sean Yeandle (Tucson Police); Henry Gamez (Tucson Police); Donovan Vance (Tucson Police); R. Ake (Tucson Police); Joseph Gradias (Tucson Police); Eric Evans (Tucson Police); Scott Ellis (Tucson Police); Raymond Flex (Tucson Fire); Silas Spencer (Tucson Fire); Keith Goldstein (Tucson Fire); and Justin Canovali (private citizen), all in their individual capacities,<br><br>Defendants. | No. 4:22-cv-00132<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to Hon. Raner C. Collins) |

PLEASE TAKE NOTICE that, pursuant to LRCiv. 83.3(a), Principal Assistant City Attorney Renee J. Waters hereby enters his appearance as the attorney of record for Defendants City of Tucson, Nicolo Solarino, Francisco Santa Maria, Marco Durazo, Ryan Ake, Joseph Gradias, Eric Evans, Scott Ellis, Silas Spencer, Keith Goldstein, for all further proceedings in this matter.

1

DATED: April 13, 2022.

                        MICHAEL G. RANKIN
                        City Attorney

                    By    s/ Renee J. Waters
                            Renee J. Waters
                            Principal Assistant City Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul Gattone
Law Office of Paul Gattone
301 South Convent
Tucson, Arizona 85701
gattonecivilrightslaw@gmail.com
    *Attorney for Plaintiff*

By E. Acosta

2