EXHIBIT 1

*Joubert W. Davenport*
5210 E. Pima, Suite 120
Tucson, Arizona 85712
(520) 750-1298
P.C.C. # 12368
Attorney for Personal Representative



FILED
5/12/2021
GARY L. HARRISON, Clerk
*M. Maldonado*
Deputy

## SUPERIOR COURT OF ARIZONA, PIMA COUNTY

In the Matter of the Estate of

Damien Eryko Alvarado,

date of birth: September 27, 1990

Deceased

No. **PB20210814**

PETITION FOR ADJUDICATION OF INTESTACY, DETERMINATION OF HEIRS AND APPOINTMENT OF PERSONAL REPRESENTATIVE

Julia K. Connors

Petitioner, Irene Briseno, states:

1. The Petitioner is interested in this estate because Petitioner is an adult child, parent, brother or sister of the decedent.

2. Decedent died on or about March 22, 2020, at the approximate age of 29 years, and on the date of his death resided at 1430 D Avenue, Douglas, AZ 85607.

3. The following persons are the children, heirs and devisees of decedent (indicate if any child is not a child of a surviving spouse):

| Name and Address | Minor or Adult | Age [if minor] | Heir or Devisee | Relationship to Deceased |
|---|---|---|---|---|
| D'Amien Anthony Alvarado 9537 E. Ashford Drive Tucson, AZ 85747 | Minor | 9 | Heir | son |

4. Venue for this proceeding is in this Cochise County because decedent was domiciled in that County at the time of death.

5. No personal representative for the decedent's estate has been appointed in this state or elsewhere, and Petitioner requests that this matter be opened in Pima County due to the fact that litigation is proceeding in Pima County which it is anticipated will generate significant funds for the estate, and the sole heir of the decedent resides in Tucson, Pima County, Arizona, and is a minor child.

6. Petitioner has not received a demand for notice and is not aware of any demand for notice by any interested person of any proceedings concerning decedent in this
state or elsewhere.

7. After the exercise of reasonable diligence, Petitioner is unaware of any unrevoked testamentary instrument executed by decedent relating to property having a situs in this state.

8. Less than two years have passed since decedent's death.

9. The person whose appointment is sought has priority for appointment as Personal Representative pursuant to the provisions of A.R.S. §14-3303 because that person is the mother of the decedent, and the only heir is only nine (9) years old.

10. Petitioner has not received a demand for notice and is not aware of any demand for notice by any interested person of any proceedings concerning the decedent in this state or elsewhere.

11. It is anticipated that the provisions of A.R.S. §§14-3973 and 14-3974 are applicable to this estate.

12. Bond is not required of the Personal Representative. If bond is required, the Petitioner's estimate of the value of property owned by decedent and subject to probate jurisdiction of the Court is:

| | |
|---|---|
| Personal Estate | $ 0.00 |
| Real Estate (less encumbrances) | $ 0.00 |
| Expected Annual Income | $ 0.00 |
| Total | $ 0.00 |

Petitioner requests that the Court, after notice and hearing, issue a judicial Order which:

(A) Makes the findings required by A.R.S. § 14-3409, including a finding that decedent died intestate.

(B) Determines decedent's lawful heirs.

(C) Appoints <u>Irene Briseno</u> as Personal Representative of decedent's Estate, to serve with out bond.

_____
Irene Briseno
1430 D Avenue
Douglas, AZ 85607

STATE OF ARIZONA       )
                       )   ss.
COUNTY OF PIMA         )

The undersigned, being first duly sworn, states: I am the Petitioner; I have read the foregoing document and all statements therein are accurate and complete to the best of my knowledge and belief.

_____
Petitioner

SUBSCRIBED AND SWORN TO before me on _March 11 2021_

_____          _____
Attorney's Signature                      Notary Public

Joubert W. Davenport Jr.
Notary Public
Pima County, Arizona
My Comm. Expires 04-13-23
Commission No. 561798