Renee J. Waters
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Telephone: (520) 791-4221
Fax: (520) 623-9803
Renee.Waters@tucsonaz.gov
State Bar No. 031691
*Attorneys for Defendants City of Tucson, Nicolo Solarino, Francisco Santa Maria, Marco Durazo, Sean Yeandle, Henry Gamez, Donovan Vance, Ryan Ake, Joseph Gradias, Eric Evans, Scott Ellis, Raymond Fleck, Silas Spencer, Keith Goldstein (hereafter "City Defendants")*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, on her own behalf and as the personal representative of the estate of Damian Eryko Alvarado,<br><br>Plaintiff,<br><br>vs.<br><br>City of Tucson; Nicolo Solarino (Tucson Police); Francisco Santa Maria (Tucson Police); Marco Durazo (Tucson Police); Sean Yeandle (Tucson Police); Henry Gamez (Tucson Police); Donovan Vance (Tucson Police); R. Ake (Tucson Police); Joseph Gradias (Tucson Police); Eric Evans (Tucson Police); Scott Ellis (Tucson Police); Raymond Flex (Tucson Fire); Silas Spencer (Tucson Fire); Keith Goldstein (Tucson Fire); and Justin Canovali (private citizen), all in their individual capacities,<br><br>Defendants. | No. 4:22-cv-00132<br><br>**NOTICE OF DISCOVERY DISPUTE**<br><br>(Assigned to Hon. Raner C. Collins) |

City Defendants, by and through undersigned counsel, pursuant to the Court's Order (Doc. 64) dated April 14, 2023, hereby submit their Notice of Discovery Dispute.

On September 7, 2023, City Defendants emailed their First Set of Interrogatories and Requests for Production to Plaintiff via her counsel.

1

On October 12, 2023, Plaintiff's counsel inquired via email about medical releases received in the mail. On the same day, the undersigned counsel's office responded and indicated the releases corresponded with the discovery requests emailed on September 7. Plaintiff's counsel responded that answers to written discovery along with the medical releases would be forthcoming in approximately one week.

Plaintiff's counsel did not respond to follow-up emails sent October 23 and 27, 2023.

A certified letter was mailed on November 7, 2023, signed for on November 10, 2023. To date, no responses have been received, nor has Plaintiff's counsel responded in any way.

DATED: November 20, 2023.

                                          MICHAEL G. RANKIN
                                        City Attorney

                                        By    /s/ Renee J. Waters
                                                Renee J. Waters
                                                Principal Assistant City Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul Gattone
Law Office of Paul Gattone
301 South Convent
Tucson, Arizona 85701
gattonecivilrightslaw@gmail.com
    *Attorney for Plaintiff*

By /s/ E. Acosta/rdv

2