Renee J. Waters
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Telephone: (520) 791-4221
Fax: (520) 623-9803
Renee.Waters@tucsonaz.gov
State Bar No. 031691
*Attorneys for Defendants City of Tucson, Nicolo Solarino, Francisco Santa Maria, Marco Durazo, Sean Yeandle, Henry Gamez, Donovan Vance, Ryan Ake, Joseph Gradias, Eric Evans, Scott Ellis, Raymond Fleck, Silas Spencer, Keith Goldstein (hereafter "City Defendants")*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, on her own behalf and as the personal representative of the estate of Damian Eryko Alvarado,<br><br>Plaintiff,<br><br>vs.<br><br>City of Tucson; Nicolo Solarino (Tucson Police); Francisco Santa Maria (Tucson Police); Marco Durazo (Tucson Police); Sean Yeandle (Tucson Police); Henry Gamez (Tucson Police); Donovan Vance (Tucson Police); R. Ake (Tucson Police); Joseph Gradias (Tucson Police); Eric Evans (Tucson Police); Scott Ellis (Tucson Police); Raymond Flex (Tucson Fire); Silas Spencer (Tucson Fire); Keith Goldstein (Tucson Fire); and Justin Canovali (private citizen), all in their individual capacities,<br><br>Defendants. | No. 4:22-cv-00132<br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br>(Assigned to Hon. Raner C. Collins) |

In accordance with the Court's Scheduling order dated April 14, 2023 (Doc. 64), the parties, by and through undersigned counsel, submit the following Joint Settlement Status Report.

////

////

1

There have been no formal settlement negotiations. On May 19, 2023, and again on June 19, 2023, counsel for Plaintiff initiated efforts to engage in settlement discussions with the aid of a mediator. On June 21, 2023, counsel for defendants declined to engage in mediation or other forms of settlement negotiations. The parties' respective valuations of the case are not conducive to settlement at this time.

DATED: January 10, 2024.                    DATED: January 10, 2024.

MICHAEL G. RANKIN                           LAW OFFICE OF PAUL GATTONE
City Attorney

By      /s/ Renee J. Waters                 By      /s/ Paul Gattone w/ permission
        Renee J. Waters                             Paul Gattone
        Principal Assistant City Attorney           Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul Gattone
Law Office of Paul Gattone
301 South Convent
Tucson, Arizona 85701
gattonecivilrightslaw@gmail.com
    *Attorney for Plaintiff*

By E. Acosta/rdv

2