## INDEX FOR DEFENDANTS' STATEMENT OF FACTS ("DSOF")

| DOCUMENT | Exhibit's Bates Stamped Page No. |
|---|---|
| Nick Solarino's Deposition Testimony Transcript | COTMSJ0001-COTMSJ0076 |
| Nick Solarino's Deposition Testimony Transcript Exhibit D | COTMSJ0077-COTMSJ0143 |
| Sean Yeandle's Deposition Transcript | COTMSJ0144-COTMSJ0179 |
| Ryan Ake Deposition Transcript | COTMSJ0180-COTMSJ0228 |
| Mike Gamez Deposition Transcript | COTMSJ0229-COTMSJ0252 |
| Joseph Gradias Deposition Transcript | COTMSJ0253-COTMSJ0272 |
| Donovan Vance Deposition Transcript | COTMSJ0273-COTMSJ0305 |
| Scott Ellis Deposition Transcript | COTMSJ0306-COTMSJ0323 |
| Marco Durazo Deposition Transcript | COTMSJ0324-COTMSJ0347 |
| Raymond Fleck's Deposition Transcript | COTMSJ0348-COTMSJ0378 |
| Silas Spencer's Deposition Transcript | COTMSJ0379-COTMSJ0406 |
| Keith Goldstein Deposition Transcript | COTMSJ0407-COTMSJ0441 |
| Nick Solarino's Post-Incident Interview on March 24, 2020 | COTMSJ0442-COTMSJ0451 |
| Declaration of Dr. Joshua Gaither | COTMSJ0452-COTMSJ0454 |
| Alvarado OME Report | COTMSJ0455-COTMSJ0456 |
| Solarino's Body Worn Camera Video | COTMSJ0457 |
| Yeandle's Body Worn Camera Video | COTMSJ0458 |
| Ake's Body Worn Camera Video | COTMSJ0459 |
| Gamez's Body Worn Camera Video | COTMSJ0460 |

| | |
|---|---|
| Gradia's Body Worn Camera Video | COTMSJ0461 |
| Vance's Body Worn Camera Video | COTMSJ0462 |
| Durazo's Body Worn Camera Video | COTMSJ0463 |
| | |
| | |
| | |
| | |
| | |
| | |