1  Michelle R. Saavedra
   Principal Assistant City Attorney for
2  Michael G. Rankin
   CITY ATTORNEY
3  P.O. Box 27210
   Tucson, AZ 85726-7210
4  Andrew.Sterling@tucsonaz.gov
   State Bar No. 25728
5  *Attorneys for Defendants City of Tucson, Nicolo Solarino, Francisco Santa Maria, Marco Durazo, Sean Yeandle, Henry Gamez, Donovan Vance, Ryan Ake, Joseph Gradias, Eric Evans, Scott Ellis, Raymond Fleck, Silas Spencer, Keith Goldstein (hereafter "City Defendants")*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, on her own behalf and as the personal representative of the estate of Damian Eryko Alvarado,<br><br>Plaintiff,<br><br>vs.<br><br>City of Tucson; Nicolo Solarino (Tucson Police); Francisco Santa Maria (Tucson Police); Marco Durazo (Tucson Police); Sean Yeandle (Tucson Police); Henry Gamez (Tucson Police); Donovan Vance (Tucson Police); R. Ake (Tucson Police); Joseph Gradias (Tucson Police); Eric Evans (Tucson Police); Scott Ellis (Tucson Police); Raymond Flex (Tucson Fire); Silas Spencer (Tucson Fire); Keith Goldstein (Tucson Fire); and Justin Canovali (private citizen), all in their individual capacities,<br><br>Defendants. | No. 4:22-cv-00132-RCC<br><br>**NOTICE OF FILING CITY DEFENDANTS' NON-ELECTRONIC EXHIBITS**<br><br>(Assigned to Hon. Raner C. Collins) |

NOTICE IS HEREBY GIVEN by Defendants City of Tucson, Nicolo Solarino (Tucson Police), Francisco Santa Maria (Tucson Police), Marco Durazo (Tucson Police), Sean Yeandle (Tucson Police), Henry Gamez (Tucson Police), Donovan Vance (Tucson Police), R. Ake (Tucson Police), Joseph Gradias (Tucson Police), Eric Evans (Tucson Police), Scott Ellis (Tucson Police), Raymond Flex (Tucson Fire), Silas Spencer (Tucson Fire), and Keith Goldstein (Tucson Fire), and pursuant to this Court's order [Dkt. 104] and

1

CM/ECF Administrative Policies and Procedures Manual §II(N)(2), of filing its non-electronic exhibits to their Motion for Summary Judgment Separate Statement of Facts conventionally on a USB along with a courtesy copy to Hon. Raner C. Collins.

DATED: August 15, 2024.

                                        MICHAEL G. RANKIN
                                        City Attorney

                                        By    */s/ Michelle R. Saavedra*
                                                      Michelle R. Saavedra
                                                      Principal Assistant City Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul Gattone
Law Office of Paul Gattone
301 South Convent
Tucson, Arizona 85701
gattonecivilrightslaw@gmail.com
*Attorney for Plaintiff*

By /s/ M.Piper/rdv