Paul Joseph Gattone
AZ # 012482
Law Office of Paul Gattone
301 South Convent Avenue
Tucson, Arizona 85701
(520) 623-1922
GattoneCivilRightsLaw@gmail.com
GattoneCivilRightsLaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, on her own behalf and as the personal representative of the estate of Damien Eryko Alvarado,<br><br>    Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>    Defendants. | No. 4:22-cv-00132-RCC<br><br>**JOINT SETTLEMENT STATUS REPORT** |

    To date the parties have not had any settlement discussions. They do not anticipate potentially holding any settlement discussions until the Defendants' Motion for Summary judgment is resolved.

Dated this 15th day of October, 2024.


By: */s/ Michelle Saavedra*  
Michelle Saavedra  
*Attorney for City of Tucson*

By: */s/ Paul Gattone*  
Paul Gattone  
*Attorney for Plaintiff*