**PAUL GATTONE**
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, Arizona 85701
(520) 623-1922
State Bar #012482
gattonecivilrightslaw@gmail.com
**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, | |
| Plaintiff, | No. CIV 22-00132-TUC-RCC |
| Vs. | |
| City of Tucson, et al., | **JOINT SETTLEMENT STATUS REPORT** |
| Defendant. | |

To date the parties have not had any settlement discussions. They do not anticipate potentially holding any settlement discussions until after dispositive motions have been filed and ruled on.

Dated February 21, 2025

s/Paul Gattone
Paul Gattone
LAW OFFICE OF PAUL GATTONE
Appearing for Plaintiff

s/Michelle Savaavedra
Michelle Saavedra
Assistant City Attorney
Appearing for Defendants

- 1 -