# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, | No. CV-22-0132-TUC-RCC |
|       Plaintiff, | **ORDER** |
| v. | |
| City of Tucson, *et al.*, | |
|       Defendants. | |

IT IS HEREBY ORDERED that this matter is set for a SETTLEMENT CONFERENCE on **Thursday, May 8, 2025, at 9:30 a.m.** before the Honorable Eric J. Markovich. The parties shall meet in Courtroom 3A of the Evo A. DeConcini United States Courthouse, 405 West Congress Street, Tucson, Arizona. Additional information regarding the conference will be e-mailed to counsel.

IT IS FURTHER ORDERED that lead trial counsel and a representative of Defendants with settlement authority attend the settlement conference. If the parties have any questions or concerns prior to the conference, please contact my law clerk, Marcia Delanty, at (520) 205-4600.

Dated this 7th day of March, 2025.

_____
Eric J. Markovich
United States Magistrate Judge