| | |
|---|---|
| Paul Gattone<br>Arizona Bar # 012482<br>LAW OFFICE OF PAUL GATTONE<br>301 S. Convent Ave.<br>Tucson, AZ 85701<br>(520) 623-1922<br>*Attorney for Plaintiff* | |

**IN THE UNITES STATES FEDERAL DISTRICT COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Irene Briseno, on her own behalf and as the personal representative to the Estate of Damien Eryko Alvarado,<br><br>Plaintiff,<br><br>v.<br><br>City of Tucson, Nicolo Solarino, Francisco Santa Maria, Marco Durazo, Sean Yeandle, Herny Gamez, Donavan Vance, Ryan Ake, and Joseph Gradias, all in their individual capacities,<br><br>Defendants. | NO. 4:22-CV-00132<br><br>**STIPULATION TO DISMISS PARTIES** |

Pursuant to Rule 41(a)(1)(A)(ii) Fed. R. Civ. P., Plaintiff and Defendants, by and through undersigned counsel, stipulate to dismiss Defendants Francisco Santa Maria and Marco Durazo.

1

DATED: May 7, 2025.

BY: /S/MICHELLE SAAVEDRA /W PERMISSION             BY: /S/PAUL GATTONE

    ANDREW PETERSEN                                              PAUL GATTONE

ATTORNEY FOR DEFENDANTS                              *ATTORNEY FOR PLAINTIFF*

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically transmitted the attached document to the Clerk's Office using the ACMS System for filing and transmittal of a Notice of Electronic Filing to the following ACMS registrants:

Michelle Saavedra
City of Tucson Attorney's Office – Civil Division
City Hall 7th Floor
255 West Alameda Street
Tucson, AZ  85701
Phone: 520-791-4221
Michelle.Saavedra@tucsonaz.gov
*Attorneys for all Defendants*

By: */s/ Paul Gattone*