**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Eric J. Markovich | **Date:** May 8, 2025 |
| **Case Number:** CV-22-00132-TUC-RCC | |
| **Briseno v. City of Tucson,** *et al.* | |

| APPEARANCES: | Plaintiff's Counsel | Defendants' Counsel |
|---|---|---|
| | Paul J. Gattone, Esq. | Michael G. Rankin, Esq. |
| | | Michelle R. Saavedra, Esq. |

**SETTLEMENT CONFERENCE:**

A settlement conference was held before Magistrate Judge Markovich. The parties have not a settlement at this time.

| | |
|---|---|
| Deputy Clerk: N/A | **6 hours, 0 minutes** |
| Recorded By: N/A | **Start: 09:45 AM** |
| Law Clerk: Marcia M. Delanty | **Stop: 04:25 PM** |