Paul Gattone (AZ Bar #012482)
Law Office of Paul Gattone
301 South Convent Ave
Tucson, AZ 85701
(520) 623-1922
GattoneCivilRightsLaw@gmail.com

# IN THE FEDERAL DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Tucson, et al.,<br><br>    Defendants | Case No.: 4:22-cv-00132<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Plaintiff and Defendants, pursuant to the Court's Case Management Order dated April 14, 2023 (Doc. 64), respectfully submit this joint settlement status report, and state as follows:

Plaintiff and Defendants engaged in a settlement conference on May 8, 2025, at which no settlement was reached. There were additional settlement discussions after 5/8/25, but both Parties could not come to an agreement. Currently, all parties are preparing for trial and in the process of collaboratively drafting a Joint Pretrial Order.

Dated this 28th of May, 2025.

/s/Michelle Rebecca Saavedra                         /s/Paul Joseph Gattone
Michelle Saavedra                                           Paul Joseph Gattone
*Attorney for Defendants*                              *Attorney for Plaintiff Irene Briseno*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Michelle Saavedra**
Principal Assistant City Attorney
P.O. Box 27210
Tucson, AZ 85726-7210
Michelle.Saavedra@tucsonaz.gov
Attorney for Defendants

/s/Paul Joseph Gattone
Paul Joseph Gattone
*Attorney for Plaintiff Irene Briseno*