**PAUL GATTONE**
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, Arizona 85701
(520) 623-1922
State Bar #012482
gattonecivilrightslaw@gmail.com
**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, | No. CIV 22-00132-TUC-RCC |
| Plaintiff, | |
| Vs. | |
| City of Tucson, et al., | **JOINT SETTLEMENT STATUS REPORT** |
| Defendant. | |

The parties did take part in a settlement conference on May 8, 2025 but were not able to come to a resolution of the case. Post-settlement conference discussions were had, but the parties were not able to reach an agreement.

Dated September 2, 2025

        s/Paul Gattone
        Paul Gattone
        LAW OFFICE OF PAUL GATTONE
        Appearing for Plaintiff

        s/Michelle Saavedra w/permission
        Michelle Saavedra
        Principal Assistant City Attorney
        Appearing for Defendants