**PAUL GATTONE**
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, Arizona 85701
(520) 623-1922
State Bar #012482
gattonecivilrightslaw@gmail.com
**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Solarino et al,<br><br>　　　　Defendants. | No. CIV 22-00132-TUC-RCC<br><br>**JOINT SETTLEMENT STATUS REPORT** |

The parties have not engaged in any settlement discussions since the last Joint Settlement Status Report filed on September 2, 2025. This case is set for a jury trial beginning on March 23, 2026.

Dated this 1st day of December, 2025

　　　　　　　　s/Paul Gattone
　　　　　　　　Paul Gattone
　　　　　　　　LAW OFFICE OF PAUL GATTONE
　　　　　　　　Appearing for Plaintiff

　　　　　　　　s/Michelle Saavedra
　　　　　　　　Michelle Saavedra
　　　　　　　　Tiffiney Franks
　　　　　　　　Office of the Tucson City Attorney
　　　　　　　　Appearing for Defendants