**PAUL GATTONE**
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, Arizona 85701
(520) 623-1922
State Bar #012482
gattonecivilrightslaw@gmail.com
**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene briseno,<br><br>           Plaintiff,<br><br>Vs.<br><br>Solarino et al,<br><br>           Defendants. | No. CIV 22-00132-TUC-RCC<br><br>**JOINT SETTLEMENT STATUS REPORT** |

This matter is presently set for a jury trial that begins on March 23, 2026. The parties do not anticipate any further settlement discussions prior to trial.

.

Dated this 2nd day of March, 2026

        s/Paul Gattone
        Paul Gattone
        LAW OFFICE OF PAUL GATTONE
        Appearing for Plaintiff

        s/Michelle Saavedra
        Michelle Saavedra
        Office of the Tucson City Attorney
        Appearing for Defendants