IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, *on her own behalf and as the personal representative of the estate of Damian Eryko Alvarado* | CV 22-00132-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Nicolo Solarino (Tucson Police); Sean Yeandle (Tucson Police); Henry Gamez (Tucson Police); Ryan Ake (Tucson Police); Joseph Gradias (Tucson Police); and Justin Canovali (private citizen), *all in their individual capacities,* | |
| Defendant. | |

It is the intention of the Court to seat eight (8) jurors, at least six (6) shall participate in the deliberations and verdict at the conclusion of the trial, unless otherwise agreed upon by the parties the verdict shall be unanimous. Each side will have three (3) strikes; therefore, the Court will seat fourteen in the jury box.

The Jury Clerk shall summon sixty (60) jurors from the following pool:

3, 6, 19, 21, 24, 32, 36, 37, 38, 42, 45, 49, 51, 52, 57, 65, 66, 76, 77, 87, 94, 106, 124, 133, 138, 142, 152, 157, 158, 167, 171, 176, 182, 202, 209, 214, 219, 234, 236, 239, 246, 250, 256, 266, 267, 269, 281, 283, 284, 302, 311, 324, 335, 346, 366, 376, 391, 398, 401, 403, 413, 421, 433, 446, 471, 473, 476, 493, 497, 500, 507, 515, 519, 537, 539, 544, 547, 554, 566, 597, 603, 606, 607, 608, 628, 629, 637, 646, 658, 666, 675, 685, 691, 692, 701, 702, 708, 713, 718, 719, 722, 725, and 744.

Dated this 16th day of March 2026.

_____
Honorable Raner C. Collins
Senior United States District Judge

CC: JURY CLERK