**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

**U.S. District Judge:  Raner C. Collins**                    **Date: March 23, 2026**

**Case Number: CV-22-00132-TUC-RCC**

Briseno v. Solarino (Tucson Police); Yeandle (Tucson Police); Gamez (Tucson Police); Ake (Tucson Police); Gradias (Tucson Police)

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Paul Joseph Gattone | Tiffiney D. Franks |
| | | Michelle Rebecca Saavedra |

**JURY TRIAL Day One:**  The Court discusses the jury instructions and trial schedule.

9:05 a.m.  Prospective jurors present and sworn.  Voir Dire commences.

10:13 a.m. The parties pass the panel.  The Court excuses the jurors to allow counsel to make their preemptory strikes.

**Recess 10:13 a.m. – 10:49 a.m.**

The Court reconvenes with counsel. Further discussion held as to the trial schedule. The prospective jurors enter. The eight jurors are selected and empaneled.  Preliminary instructions given by the Court. Opening statements made by Mr. Gattone. Stipulated exhibit #77 is published to The Jury.

**Lunch Recess taken at 11:49 a.m.**

1:13p.m. Proceedings resume, discussion held pertaining to a Juror inquiry, and the parties are consulted.  The Jury returns to session.  Ms. Saavedra makes opening statements.  Stipulated exhibit #36 is published to the Jury.  Stipulated exhibits #39, #40, #42, #43, #44, #41 and #62 (video) are published to the Jury.

2:00 p.m. Plaintiff witness Ryan Ake is sworn and examined. Stipulated exhibit #77 is presented to the Jury. Exhibit #14 is admitted and presented to the Jury.

**3:02 p.m. -3:18 p.m. Recess**

Proceedings resume with continued examination of Officer Ake. Ms. Franks conducts cross-examination. Exhibit #62 is presented to the Jury. Following redirect by Mr. Gattone the Jury presents three questions. The questions are reviewed with counsel, and one is asked of the witness.

4:35 p.m. The Jury is excused for the evening and will return 3/24/2026 at 9:00 a.m. for trial day two.

4:37 p.m. The parties are excused.

| | |
|---|---|
| **Deputy Clerk**: Allison Siquieros | **Start:  8:50 a.m.** |
| **Court Reporter:** Erica McQuillen | **Stop:  4:37 p.m.** |
| | **Time: 5 hours 32 min.** |