**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

**U.S. District Judge:  Raner C. Collins**                    **Date: March 24, 2026**

**Case Number: CV-22-00132-TUC-RCC**

Briseno v. Solarino (Tucson Police); Yeandle (Tucson Police); Gamez (Tucson Police); Ake (Tucson Police); Gradias (Tucson Police)

**APPEARANCES:**   **Plaintiff(s) Counsel**                    **Defendant(s) Counsel**
                   **Paul Joseph Gattone**                    **Tiffiney D. Franks**
                                                              **Michelle Rebecca Saavedra**

**JURY TRIAL Day Two:**

8:58 a.m. The Jury is not present.    Legal discussion held as to concern raised by Ms. Saavedra.  The Court advises the weekend recess will begin at 1:00 p.m. on Friday March 27, 2026. The Jury will be notified of the change in schedule.

9:03 a.m. The Jury is present. Defense calls witness Sergeant Sean Yeandle to testify. Witness sworn and examined. Stipulated exhibits #76 and #77 presented during examination.
**10:24 a.m. – 10:38 a.m. Recess**

Examination of Officer Yeandle resumes. Exhibit #14 is displayed.  Mr. Gattone passes the witness.
**12:00 p.m. to 1:30 p.m. Lunch recess**

The Jury is not present. Ms. Franks raises issue as to exhibit #14 and asks to revise as a redacted version.  Discussion held. The exhibit will be admitted in redacted form.  The Jury is present.  Ms. Franks conducts cross-examination of Sergeant Yeandle.  Defense exhibit #62 demonstrated to the Jury.  Exhibit #77 replayed. Defense exhibit #37 and #47 admitted and published, including exhibit #41 shown.  Following redirect by Mr. Gattone, the Jury submits two questions.  The Court and counsel review and both questions are asked of the witness.  The witness is excused.
**3:17 p.m. – 3:34 p.m.  Recess**

Plaintiff witness Officer Mike Gamez is sworn and examined.  Stipulated exhibit #78 is published to the Jury. Admitted exhibit #77 presented during examination of Officer Gamez.
Ms. Saavedra conducts cross-examination of the witness.
4:57 p.m. The Court recesses proceedings.  The Jury and parties will return for continued examination of Mr. Gamez on 3/25/2026 at 9:00 a.m.

**Deputy Clerk:** Allison Siquieros                              **Jury Trial**
**Court Reporters**: Erica McQuillen a.m. / Cindy Shearman p.m.   **Start:  8:58 a.m.**
                                                                **Stop:  4:57 p.m.**
                                                                **Time: 6 hours 12 min.**