**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

**U.S. District Judge:  Raner C. Collins**                    **Date: March 25, 2026**

**Case Number: CV-22-00132-TUC-RCC**

Briseno v. Solarino (Tucson Police); Yeandle (Tucson Police); Gamez (Tucson Police); Ake (Tucson Police); Gradias (Tucson Police)

| APPEARANCES:  Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| **Paul Joseph Gattone** | **Tiffiney D. Franks** |
| | **Michelle Rebecca Saavedra** |

**JURY TRIAL Day Three:**

8:52 a.m. The Jury is not present.  Defense Counsel Ms. Franks asks the Court to address legal issues pertaining to a witness; discussion and argument held.  The Court rules the witness may testify.

9:10 a.m. The Jury is present and informed that the testimony of Officer Mike Gamez will later resume for reasons as stated on the record. Plaintiff witness Dr. Ashley Lukefahr is sworn and examined.  The rule is invoked as to this witness.  Over objection of defense counsel, exhibit #26 is admitted and published to the Jury. The Jury submits three questions. The Court and counsel review. The three questions are asked of the witness. Examination completed, the witness is excused.

**10:30-10:44 a.m. Recess**

The Court returns to session.  The Jury is present.  Testimony of Officer Gamez resumes. Exhibit #78 is presented. Exhibit #46 admitted.  Exhibits 39, 40, 42, 43, 44 are admitted, all previously shown in opening statements.

**12:07- 1:27 Lunch recess**

There being no issues to discuss, the Jury is present, and the examination of Officer Gamez continues. The Jury presents two questions of which one is asked of the witness. The witness is excused.

Plaintiff witness Sergeant Nicolo Solarino is sworn and examined. Exhibits #75 and #48 are admitted.

3:09 p.m. The Jury is excused for recess.  Discussion held regarding trial schedule and closing instructions.

**3:17 p.m. – 3:26 p.m. Recess.**

3:29 p.m. The Jury is present.  Examination of Sergeant Solarino resumes. Exhibit #49 admitted and shown to the Jury. The Jury is reminded of the admonition and excused at 4:53 pm.

Further discussion held regarding trial schedule.  The parties and Jury will return on March 26, 2026 at 9:00 a.m.

**Recess 4:55 p.m.**

Deputy Clerk: Allison Siquieros                         **Jury Trial: 6 hours 43 min**
Court Reporter: Erica McQuillen                         **Start:  8:52 a.m.**
                                                         **Stop:   4:55 p.m.**