**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

**U.S. District Judge:  Raner C. Collins**                    **Date: March 27, 2026**

**Case Number: CV-22-00132-TUC-RCC**

Briseno v. Solarino (Tucson Police); Yeandle (Tucson Police); Gamez (Tucson Police); Ake (Tucson Police); Gradias (Tucson Police)

**APPEARANCES:**   <u>**Plaintiff(s) Counsel**</u>          <u>**Defendant(s) Counsel**</u>
                    **Paul Joseph Gattone**              **Tiffiney D. Franks**
                                                         **Michelle Rebecca Saavedra**

**JURY TRIAL Day Five:**

9:00 a.m. The Jury is present in the jury room for deliberations.

10:48 a.m. The Jury notifies the court's clerk that a verdict has been reached. The parties are notified.

11:18 a.m. The Court returns to session; the verdict is read in open court. The Jury finds in favor of Defendants Nicolo Solarino; Sean Yeandle; Henry Gamez; R. Ake and Joseph Gradias on Plaintiff Irene Briseno's Fourth Amendment Excessive Force Claim. The parties decline to poll the Jury.

The Jury is discharged and excused. The Court orders judgment be entered in accordance with the Jury's verdict.

Proceedings concluded at 11:24 a.m.

**Deputy Clerk:** Allison Siquieros                **Jury Trial: 6 minutes**
**Court Reporter:** Erica McQuillen               **Start: 11:18 a.m.**
                                                  **Stop:   11:24 a.m.**

Deliberations: 9:00 a.m. – 10:48 a.m. (1 hour. 48 minutes)