☒ FILED    ☐ LODGED

**Mar 27 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno *on her own behalf and as the personal representative of the estate of Damien Eryko Alvarado*, | No. CV-22-00132-TUC-RCC |
| Plaintiff, | |
| v. | **VERDICT** |
| Nicolo Solarino *Tucson Police, in his individual capacity*, Sean Yeandle *Tucson Police, in his individual capacity*, Henry Gamez *Tucson Police, in his individual capacity*, R. Ake *Tucson Police, in his individual capacity*, Joseph Gradias *Tucson Police, in his individual capacity*, | |
| Defendants. | |

We, the Jury, unanimously find as follows:

**CLAIM AGAINST DEFENDANT NICOLO SOLARINO**

On Plaintiff Irene Briseno's claim on behalf of the Estate of Damien Alvarado under 42 U.S.C. § 1983 alleging the use of excessive force in violation of Damien Alvarado's Fourth Amendment rights against Defendant Nicolo Solarino:

Question 1:

Did Plaintiff prove by a preponderance of the evidence that Defendant Nicolo Solarino used excessive force in violation of Damien Alvarado's Fourth Amendment rights?

___Yes

✓ No

If you answered "No," proceed to the next Defendant.

If you answered "Yes," answer Question 2.

Question 2:

Did Plaintiff prove by a preponderance of the evidence that Defendant Nicolo Solarino's use of excessive force was a cause-in-fact and proximate cause of Damien Alvarado's death?

___Yes

___ No

**CLAIM AGAINST DEFENDANT SEAN YEANDLE**

On Plaintiff Irene Briseno's claim on behalf of the Estate of Damien Alvarado under 42 U.S.C. § 1983 alleging the use of excessive force in violation of Damien Alvarado's Fourth Amendment rights against Defendant Sean Yeandle:

Question 1:

Did Plaintiff prove by a preponderance of the evidence that Defendant Sean Yeandle used excessive force in violation of Damien Alvarado's Fourth Amendment rights?

___ Yes

 ✔ No

If you answered "No," proceed to the next Defendant.

If you answered "Yes," answer Question 2.

Question 2:

Did Plaintiff prove by a preponderance of the evidence that Defendant Sean Yeandle's use of excessive force was a cause-in-fact and proximate cause of Damien Alvarado's death?

___ Yes

___ No

**CLAIM AGAINST DEFENDANT HENRY GAMEZ**

On Plaintiff Irene Briseno's claim on behalf of the Estate of Damien Alvarado under 42 U.S.C. § 1983 alleging the use of excessive force in violation of Damien Alvarado's Fourth Amendment rights against Defendant Henry Gamez:

Question 1:

Did Plaintiff prove by a preponderance of the evidence that Defendant Henry Gamez used excessive force in violation of Damien Alvarado's Fourth Amendment rights?

___Yes

 ✓ No

If you answered "No," proceed to the next Defendant.

If you answered "Yes," answer Question 2.

Question 2:

Did Plaintiff prove by a preponderance of the evidence that Defendant Henry Gamez's use of excessive force was a cause-in-fact and proximate cause of Damien Alvarado's death?

___Yes

___ No

**CLAIM AGAINST DEFENDANT RYAN AKE**

On Plaintiff Irene Briseno's claim on behalf of the Estate of Damien Alvarado under 42 U.S.C. § 1983 alleging the use of excessive force in violation of Damien Alvarado's Fourth Amendment rights against Defendant Ryan Ake:

Question 1:

Did Plaintiff prove by a preponderance of the evidence that Defendant Ryan Ake used excessive force in violation of Damien Alvarado's Fourth Amendment rights?

___Yes

 No

If you answered "No," proceed to the next Defendant.

If you answered "Yes," answer Question 2.

Question 2:

Did Plaintiff prove by a preponderance of the evidence that Defendant Ryan Ake's use of excessive force was a cause-in-fact and proximate cause of Damien Alvarado's death?

___Yes

___ No

**CLAIM AGAINST DEFENDANT JOSEPH GRADIAS**

On Plaintiff Irene Briseno's claim on behalf of the Estate of Damien Alvarado under 42 U.S.C. § 1983 alleging the use of excessive force in violation of Damien Alvarado's Fourth Amendment rights against Defendant Joseph Gradias:

Question 1:

Did Plaintiff prove by a preponderance of the evidence that Defendant Joseph Gradias used excessive force in violation of Damien Alvarado's Fourth Amendment rights?

___Yes

✓ No

Question 2:

Did Plaintiff prove by a preponderance of the evidence that Defendant Joseph Gradias' use of excessive force was a cause-in-fact and proximate cause of Damien Alvarado's death?

___Yes

___ No

JURY FOREPERSON # ___14___

DATED:___03/27/26___